# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

HECTOR BONAPARTE, :
                               :  CIVIL ACTION NO. 3:22-1806
         Petitioner            :
                               :  (JUDGE MANNION)
    v.                         :
                               :
STEPHEN SPAULDING,             :
                               :
         Respondent            :

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Bonaparte's request to withdraw his petition for writ of habeas corpus (Doc. 9) is **CONSTRUED** as a motion to voluntarily dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(2).

2. Bonaparte's motion to voluntarily dismiss the above captioned action (Doc. 9) is **GRANTED**.

3. The petition (Doc. 1) for a writ of habeas corpus pursuant to 28 U.S.C. §2241 is **DISMISSED** without prejudice.

4. The Clerk of Court is directed to **CLOSE** this case.

*/s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: January 9, 2023
22-1806-01-ORDER